JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-08918-RGK(ASx) | Date | June 25, 2015 |
|---|---|---|---|
| Title | *KIM v. ALLSTATE INDEMNITY CO., et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order Remanding Action to State Court

On June 15, 2015, the Court ordered the parties to provide briefing regarding whether or not this case should be remanded for lack of subject matter jurisdiction. On June 24, 2015, the parties timely filed their briefs.

Upon review and consideration of the parties' filings, the Court finds that Defendant has not satisfied its burden of showing by a preponderance of the evidence that the amount in controversy is greater than $75,000. Plaintiff claims only $7,506 in economic damages. While Plaintiff also seeks general and punitive damages, Defendant has failed to provide any evidence to counter the speculative nature of the remaining damages claim.

Based on the foregoing, the Court remands the action to state court for all further proceedings.

**IT IS SO ORDERED**.

:

**Initials of Preparer**